OF THE STATE OF ARKANSAS.    **633**

Term, 1858.]            McCuen vs. The State, (No. 2.)

to regulate the practice where the prisoner *stands mute*, or refuses to plead to the indictment, and has not been understood to change the common law rule on the subject of demurrers. See *Wilson vs. The State*, 16 *Ark*. 605.

By the common law, in misdemeanors, where the defendant pleads matter in abatement, and upon an issue to the plea, the finding is against him, he is not allowed to plead over, but the judgment is final; and this Court has held that such is the correct practice here.    *Guess vs. The State*, 1 *Eng. R.* 147.

The demurrer to the indictment being treated as a confession of the facts charged, there was no necessity for a jury.    There was no issue of fact for a jury to try.    *Wilson vs. The State, ubi sup.*    The appellant was certainly not prejudiced by the Court assessing the amount of the fine, because the Court put the fine at the lowest sum authorized by the statute.    A jury could not have made it less, and might have increased the amount.

The judgment is affirmed.

Absent, Mr. Justice HANLY.

------------

McCUEN vs. THE STATE. (No. 2.)

*Appeal from Phillips Circuit Court.*

Mr. Chief Justice ENGLISH, delivered the opinion of the Court.
The facts in this case are the same as in *McCuen vs. The State, No.* 1, and the judgment must be affirmed.

Absent, Mr. Justice HANLY.